UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER- VIEW CORP. LTD    :
                                        :
            Plaintiff                   :
                                        :
    -vs.-                               :   Civil Action 05-10265- NMG
                                        :
BOSTON BISTRO, INC.  et al              :
                                        :
            Defendant                   :

STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(ii) this all claims, counterclaims, and crossclaims are dismissed with prejudice. No fees or costs to any party.

Plaintiff, by its attorney:

_____
GARY D. BERKOWITZ, ESQ.
Bar # 532536
One James Street
Providence, RI 02903
Tel: (401) 751-7671

Defendants, by their attorney:

_____
Robert D. RUSSO, ESQ..
Bar # 437466
2 Oliver Street, 8th floor
Boston, MA 02109
Tel:(617) 542-7700

Dated: Aug 4, 2005